Argued and submitted May 8, 1991, the order of dismissal of the Court of Appeals reversed and case remanded to the Court of Appeals for further consideration February 13, 1992

Robert M. FISK,
*Respondent on Review,*

*v.*

Thomas G. BARTLEY,
and Merrill Lynch, Pierce, Penner and Smith, Inc.,
*Petitioners on Review.*

(CC 89-0021; CA A63606; SC S37558)

825 P2d 1389

Kathryn H. Clarke, Portland, argued the cause and filed the petition for petitioners on review.

J. W. Walton, of James W. Walton, P.C., Corvallis, argued the cause and filed the responses for respondent on review.

**PETERSON, J.,** dissenting.

I dissent for the reasons stated in my dissenting opinion in *Baugh v. Bryant Limited Partnerships*, 312 Or 635, 645, 825 P2d 1383 (1992).